IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JACK E. ALDERMAN | * |
| | * |
| Plaintiff, | *   CIVIL ACTION |
| | *   FILE NO. 1:07-CV-896-BBM |
| v. | * |
| | * |
| JAMES E. DONALD, in his capacity | * |
| as Commissioner of the Georgia | * |
| Department of Corrections; HILTON | * |
| HALL, in his capacity as Warden, | * |
| Georgia Diagnostic and Classification | * |
| Prison; DOES 1-50, UNKNOWN | * |
| EXECUTIONERS, in their capacities | * |
| as employees and/or agents of the | * |
| Georgia Department of Corrections | * |
| | * |
| Defendants. | * |

_____

## DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF FILING

**COME NOW** James E. Donald, Commissioner, Georgia Department of Corrections, and Hilton Hall, Warden, Georgia Diagnostic and Classification Prison,[1] by counsel, the Attorney General for the State of Georgia, respond to Plaintiff's Notice of filing.

---

[1] Plaintiff has also specified numerous unknown, unnamed party Defendants in this lawsuit. (R1-1, ¶ 4). To the extent that any such individuals have been properly named and served, it is the intent of counsel to represent the individuals. To the extent that there has not been proper service, a "special appearance" is being made for the purpose of presenting this response on their behalf.

1.

On June 13, Plaintiff filed copies of correspondence written to the court, and to counsel for the Defendant. (R1-21). The gravamen of the correspondence is Plaintiff's complaint and acrimony over not being advised of internal Department functions, or not being preemptively provided discovery prior to the commencement of the discovery period. Id. Consequently, Plaintiff makes speculative accusations, and casts aspersions on counsel for the Defendants. Id. Finally, Plaintiff takes the opportunity to reargue his position in the case. Id.

2.

Pretermitting the propriety of the Plaintiff's filing, See Local Rule 7.4, Defendants simply note that Plaintiff cited no authority for the novel proposition that he is entitled to be informed of the internal activity of the Department of Corrections.

Further, with regard to the Protocol, Plaintiff could have obtained a copy in the same manner that the local media obtained a copy.[2] However, as it is a public document and Defendants have nothing to hide, for what it is worth in consideration of a motion to dismiss for failure to exhaust, it is attached to the instant pleading.

---

[2] Plaintiff's New York counsel may not have been aware of this fact; however, Plaintiff is also represented locally by King & Spalding LLP, and the Georgia Resource Center.

3.

Plaintiff further accuses Defendants of obstruction or delaying this case in failing to respond to Plaintiff's grievance and by modifying the protocol despite the existence of the instant litigation. The purpose behind the grievance system is to provide prison officials an opportunity to review matters internally prior to them being addressed by the courts. <u>Alexander v. Hawk</u>, 159 F.3d 1321 (11th Cir. 1998). Defendants should not be criticized for utilizing the grievance procedure for the purpose for which it was designed.

Respectfully submitted this 15th day of June, 2007.

>THURBERT E. BAKER
>Georgia Bar No. 033887
>Attorney General
>
>MARY BETH WESTMORELAND
>Georgia Bar No. 750150
>Deputy Attorney General
>
>KATHLEEN M. PACIOUS
>Georgia Bar No. 558555
>Deputy Attorney General
>
>/s/ Joseph Drolet _____
>Georgia Bar No. 231000
>Senior Assistant Attorney General
>
>(Signatures continue on next page)

/s/ Eddie Snelling, Jr._____
Georgia Bar No. 665725
Senior Assistant Attorney General

Please Serve:

EDDIE SNELLING, JR.
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
E-mail: esnelling@law.ga.gov

## CERTIFICATION AS TO FONT

Pursuant to N.D. Ga. Local Rule 7.1 D, I hereby certify that this document is submitted in Times New Roman 14 point type as required by N.D. Ga. Local Rule 5.1(b).

/s/ Eddie Snelling, Jr.
Georgia Bar No. 665725
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007 I electronically filed **DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF FILING** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| William E. Hoffman, Jr.<br>Jason R. Edgecombe<br>King & Spalding, LLP<br>1180 Peachtree Street<br>Atlanta, Georgia 30309 | Thomas H. Dunn<br>Georgia Resource Center<br>303 Elizabeth Street<br>Atlanta, Georgia 30309 |

And, prior to filing the same, by depositing a copy thereof, postage prepaid, in the United States Mail, properly addressed upon:

James Ringer
Michael A. Siem
Elizabeth K. Quinn
Clifford Chance US LLP
31 west 52nd Street
New York,  NY 10019-6131

                                                            /s/ Eddie Snelling, Jr._____
                                                            Georgia Bar No. 665725
                                                            Senior Assistant Attorney General

Please Serve:

EDDIE SNELLING, JR.
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
E-mail: esnelling@law.ga.gov